CLINTON S. WRIGHT, Appellant, v. LOUIS HERMAN, *et al.*, as Executor of Last Will and Testament of Clayton J. Wright, deceased, Appellees.

200 So. 225
Division A
Opinion Filed January 31, 1941
Rehearing Denied February 20, 1941

*Morgan Van Valkenburgh,* for Appellant;

*Martin F. Whelan, Jr.,* and *Mitchell D. Price* and *Charles W. Zaring,* for Appellees.

PER CURIAM.—The disposition of this case depends entirely on the determination of questions of fact.

The record discloses ample evidence to support the findings of the chancellor and, therefore, such findings will not be reversed.

A study of the entire record discloses no reversible error. So the decree is affirmed.

So ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.